UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:14-CR-27 |
| | ) | |
| DERICKO HARRIS | ) | |

**O R D E R**

On February 10, 2015, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One

and Two of the Two-Count Indictment; (b) the Court adjudicate Defendant guilty of the charges

set forth in Counts One and Two of the Two-Count Indictment; and (c) Defendant shall remain on

bond pending sentencing in this matter (Doc. 16).   Neither party filed an objection within the

given fourteen days.   After reviewing the record, the Court agrees with the magistrate judge's

report and recommendation.   Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate

judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One and Two of the Two-Count Indictment is

**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and

Two of the Two-Count Indictment; and

(3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday, May 11,**

**2015, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE