UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:14-cr-27 |
| v. ) | |
| ) | Judge Mattice |
| DERICKO HARRIS ) | |

## ORDER

Defendant Dericko Harris, by and through counsel, has filed an Unopposed Motion to Continue Sentencing Hearing [Court Doc. 29]. For good cause shown, the Court **GRANTS** said motion. The sentencing hearing currently set for June 15, 2015 is **CONTINUED** to **July 13, 2015** at **9:00 a.m.**, before the undersigned, United States District Court, Third Floor Courtroom, Chattanooga, Tennessee.

SO ORDERED this 10th day of June, 2015.

*/s/Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE